Anton N. Handal (Bar No. 113812)
tony.handal@gmlaw.com
Gabriel G. Hedrick (Bar No. 220649)
gabriel.hedrick@gmlaw.com
Todd J. Langford (Bar No. 254517)
todd.langford@gmlaw.com
GREENSPOON MARDER LLP
One Columbia Place
401 West A Street, Suite 1150
San Diego, CA 92101
Tel: (619) 544-6400
Fax: (619) 696-0323

Attorneys for Plaintiffs
McRee's Multi Services, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCREE'S MULTI SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> POWAY WEAPONS & GEAR, INC., <br><br> Defendants. | Case No. **'17CV1749 GPC BLM** <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** |

Plaintiff McRee's Multi Services, LLC ("Plaintiff"), by and through its undersigned counsel complains and alleges against Defendant Poway Weapons & Gear, Inc. ("Defendant") as follows:

## THE PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of Mississippi with an office and principal place of business at 752 CR 174, McCarley, Mississippi, 38943. Plaintiff is a designer, manufacturer and seller of firearm products.

2. Defendant is a corporation organized and existing under the laws of the State of California, with a principal place of business at 13550 Danielson Street, Poway, CA 92064.

GREENSPOON MARDER LLP
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-

*COMPLAINT*

## NATURE OF THE ACTION

3. This is a civil action for infringement of a patent arising under the laws of the United States relating to patents, 35 U.S.C. § 101, *et seq.*, including, without limitation, 35 U.S.C. §§ 271, 281. Plaintiff seeks equitable relief and monetary damages for patent infringement.

## JURISDICTION AND VENUE

4. This court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of America, 35 U.S.C. § 101, *et seq.*

5. Plaintiff is informed, believes and thereon alleges that Defendant conducts substantial business directly and/or through third parties or agents in this judicial district by selling and/or offering to sell the Accused Products and/or by conducting other business in this judicial district. Defendant maintains an office and store at 13550 Danielson Street, Poway, CA 92064, and therefore also engages in business in this district. Accordingly, venue properly lies within the Southern District of California pursuant to the provisions of 28 U.S.C. §§ 1391(b), (c), and (d) and 1400(b).

6. This Court also has personal jurisdiction over the Defendant because its infringing activities (which include, without limitation, using, selling and/or offering for sale the infringing products) occur in the State of California and the Southern District of California. This Court also has personal jurisdiction over Defendant because it maintains a store in this District in the City of Poway. Plaintiff is also informed and believes that Defendant transacts continuous and systematic business within the State and the Southern District of California by placing infringing products in the stream of interstate commerce with the expectation that they would be used, sold and/or offered for sale within the State of California and the Southern District of California.

///

GREENSPOON MARDER LLP
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*COMPLAINT*

## FACTUAL BACKGROUND

7. Defendant sells, offers for sale, and/or uses firearms, firearm stocks, and components with embedded cant level indicators that infringe the Asserted Patent (defined below).

8. High-precision, long distance firearm shooting, such as competition rifle shooting, requires three primary steps for accuracy: (1) determining the distance to a target; (2) adjusting the upward incline of the barrel to compensate for the vertical drop of a bullet due to gravity across the distance to the target; and (3) adjusting the firearm to zero cant, meaning the inclined barrel is not rotated, so that the bullet travels at an upward angle and forward and not (a) upward-to-the-left and forward or (b) upward-to-the-right and forward. If the cant of the inclined rifle barrel is rotated to the left or to the right, the bullet will not hit the target across a long distance but will miss by an amount proportional to the cant of the barrel and the distance to the target, when fired.

9. Many attempts to correct the cant of a firearm have been developed to varying degrees of success, such as strapping a bubble level underneath a scope or adhering a bubble level to a stock. However, these approaches are not rugged or reliable enough for military or competition use.

10. Scott McRee invented a unique solution that provides both an easy way to adjust for cant and achieve the required ruggedness.

11. Scott McRee was the first person to bore a hole just beneath the surface of a stock, behind the action receiver and below the scope to insert a bubble level. To enable a shooter to see the bubble level below the surface of the stock, he cut a view port out of the top surface of the stock.

12. When the bubble level is secured in the hole, it cannot be bumped or knocked out of alignment. By calibrating the hole to hold the bubble level exactly at zero degrees of cant (rotation), the bubble in the bubble level will always indicate the rotation of the barrel to the shooter at a glance without any additional

*GREENSPOON MARDER LLP*
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

adjustments or calibration required by the shooter.

## THE ASSERTED PATENT

13. On October 27, 2015, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 9,170,067 B2 entitled "EMBEDDED CANT INDICATOR FOR RIFLES" ("the '067 patent" or "Asserted Patent"). Scott McRee is the patent's sole named inventor and Plaintiff is owner, by assignment, of the entire right, title and interest in and to the '067 patent and vested with the right to bring this suit for injunctive relief, damages and other relief. A true and correct copy of the '067 patent is attached hereto as Exhibit "A."

14. Plaintiff marks all of its products in accordance with 35 U.S.C. § 287.

## ACCUSED PRODUCTS

15. The Accused Products for purposes of the Asserted Patent include, but are not limited to, rifles and stocks sold by Defendant that are manufactured by Masterpiece Arms ("MPA") and include an embedded cant level indicator. They include, but are not limited to the MPA BA Chassis, MPA BA Competition Chassis, MPA CSR Chassis, and MPA BA Lite Chassis. The Accused Products also include products such as MPA 6.5BA Creedmoor Bolt Action Rifle, MPA BA Lite PCR Competition Rifle, MPA 338BA Bolt Action Rifle, MPA 308BA Bolt Action Rifle, MPA 6547BA Bolt Action Rifle, MPA 6mmBA Bolt Action Rifle, MPA 223BA Bolt Action Rifle, MPA 65BA CSR Rifle (Compact Suppressor Ready), MPA BA Lite Rifle, MPA BA Bolt Action Rifle Mark 8 Leupold Package, MPA BA Custom Build Rifle, MPA 65BA-SL Bolt Action Rifle (Switch Lug), MPA 22BA Bolt Action Rifle, MPA 308BA CSR Rifle (Compact Suppressor Ready), MPA BA Evolution Rifle, and MPA 300WMBA Bolt Action Rifle.

16. An example of one of the Accused Products, taken from MPA's website, is pictured below:

*GREENSPOON MARDER LLP*
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-4-

*COMPLAINT*



## COUNT ONE

## INFRINGEMENT OF THE '067 PATENT BY DEFENDANT

17. Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 16 above.

18. The Accused Products, alone or in combination with other products, directly or alternatively under the doctrine of equivalents infringe each of the limitations of independent claim 1 of the '067 patent in violation of 35 U.S.C. § 271(a).

19. The Accused Products include rifles that are used by shooters, such as the one shown below, which is numbered for convenience. Precision rifles typically have a stock (13) that houses a firing pin assembly, a grip, an action receiver, and a barrel (11) with a centerline axis (20). The Accused Products also utilize a cant measuring device that is incorporated in a solid area or block (general area of 15) within the stock. The solid block (15) of the Accused Products has a front side that faces the rear of the action receiver, and a back side in contact with the rifle's stock (13).



*COMPLAINT*

GREENSPOON MARDER LLP
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

20. The grip section of the Accused Product touches the bottom side of the solid block, and right and left sides that are formed as side surfaces of the stock and are parallel to the axis of the barrel (20).

21. The Accused Products utilize a tubular cavity behind the action receiver where a cavity is bored into the solid block area. The cavity, at its center, intersects the vertical plane and is perpendicular to the centerline axis of the barrel (20).

22. The photo below depicts a portion of an exemplary Accused Product. The top side has a view port formed by (2), (3) and (4) that is viewed by the shooter. The forward two corners of the triangular view port form equally spaced markings in the surface (14) that are aligned with the centerline axis (20) of the barrel (11) so a shooter can note the position of the bubble. The back corner of the triangular view port forms a center mark aligned with the centerline axis (20) of the barrel (11). The back corner is also equally spaced between the forward two corners.



COMPLAINT

23. As shown, the Accused Product has a bubble-level (6) inserted in the cavity, such that the center of the bubble-level (6) is aligned with the centerline axis (20) of the barrel and moves perpendicular (between each of level marks (9)) to the centerline axis of the barrel (20) as the shooter manipulates the rifle.

24. Defendant offers the Accused Products from for sale in its store and on its website at www.weaponsandgear.com.

25. Defendant sold one of the Accused Products, an MPA 338BA rifle within this District on July 29, 2017 and delivered same to a purchaser on August 23, 2017 at 13550 Danielson Street, Poway, CA 92064.

26. Defendant has had knowledge of infringement of the '067 patent since as early as the issuance of the Asserted Patent in light of Plaintiff's marking pursuant to 35 U.S.C. § 287, but at least as of the date of the filing of this complaint.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for relief and judgment as follows:

27. That Defendant has infringed the Asserted Patent;

28. Compensation for all damages caused by Defendant's infringement of the Asserted Patent to be determined at trial;

29. A finding that this case is exceptional and an award of reasonable attorney's fees pursuant to 35 U.S.C. § 285;

30. Granting Plaintiff pre-and post-judgment interest on its damages, together with all costs and expenses;

31. Injunctive Relief; and,

32. Awarding such other relief as this Court may deem just and proper.

///

///

///

///

*COMPLAINT*

GREENSPOON MARDER LLP
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

# **DEMAND FOR JURY TRIAL**

33. Plaintiff hereby demands a trial by jury on all claims.

                                              Respectfully submitted.

                                              GREENSPOON MARDER LLP

Dated: August 30, 2017        By:    */s/Anton N. Handal*
                                                             Anton N. Handal
                                                              Attorneys for Plaintiffs
                                                              McRee's Multi Services, LLC

*COMPLAINT*

GREENSPOON MARDER LLP
401 WEST A STREET
SUITE 1150
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323